Royal F. Oakes (SBN 080480)
roakes@mail.hinshawlaw.com
James C. Castle (SBN 235551)
jcastle@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:   213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY dba METLIFE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA STAUTY LUIS, | Case No. 5:14-cv-04436-EJD |
| Plaintiff, | **STIPULATION OF THE PARTIES TO CONTINUE THE JUNE 26, 2015 SETTLEMENT CONFERENCE TO AUGUST 7, 2015** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY dba METLIFE; and DOES 1 to 50, inclusive, | Complaint Filed:   August 22, 2014 |
| Defendants. | |

1

36065598v1 0964194

1   Plaintiff Celia Stauty Luis ("Plaintiff") and Defendant Metropolitan Life
2   Insurance Company ("MetLife") hereby stipulate to continue the Settlement
3   Conference presently set before the United States Magistrate Judge Nathan Cousins
4   from June 26, 2015 to August 7, 2015.

5   Good cause exists for the continuance as MetLife's client representative, and
6   person with the most knowledge of the facts and legal arguments, has a previously
7   unknown conflict that will prevent him to travel from New York to the Settlement
8   Conference on June 26, 2015.  He will be available to participate in person on
9   August 7, 2015.

10  The parties checked with Judge Cousin's clerk, Lili Harrell, who confirmed
11  that August 7, 2015 at 9:30 a.m. was an available time for the rescheduled
12  conference and the parties advised Ms. Harrell that August 7, 2015 was acceptable
13  date. The only available date with Judge Cousin's calendar in July was July 21,
14  2015, which presented a conflict with MetLife's counsel.

15

16  DATED:  June 17, 2015                    NOLAND, HAMERLY, ETIENNE &
                                             HOSS

17

18                                           By: /Michael Masuda
                                                 Michael Masuda
19                                               Attorneys for Plaintiff
                                                 CELIA STAUTY LUIS

20

21  DATED:  June 17, 2015                    HINSHAW & CULBERTSON LLP

22

23                                           By: /s/ James C. Castle
                                                 Royal F. Oakes
24                                               James C. Castle
                                                 Attorneys for Defendant
25                                               METROPOLITAN LIFE INSURANCE
                                                 COMPANY dba METLIFE

26

27

28

2

1

## [~~PROPOSED~~] ORDER

2

3       Having reviewed the parties' stipulation and good cause appearing, the

June 26, 2015 Settlement Conference is continued to August 7, 2015 at 9:30 a.m.

4   Settlement conference statements are due no later than July 31, 2015.

5

6

7   Dated:       June 17, 2015

8                           The Honorable Nath...

                        United...



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

36065598v1 0964194