Royal F. Oakes (SBN 080480)
roakes@mail.hinshawlaw.com
James C. Castle (SBN 235551)
jcastle@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY dba METLIFE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA STAUTY LUIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY dba METLIFE; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | Case No. 5:14-cv-04436-EJD<br><br>**STIPULATION OF THE PARTIES TO CONTINUE THE AUGUST 7, 2015 SETTLEMENT CONFERENCE TO OCTOBER 29, 2015; ORDER**<br><br>Complaint Filed:   August 22, 2014 |

1

Plaintiff Celia Stauty Luis ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("MetLife") hereby stipulate to continue the Settlement Conference presently set before the United States Magistrate Judge Nathan Cousins from August 7, 2015 to October 29, 2015.

Good cause exists for the continuance as MetLife has filed a Motion for Judgment on the Pleadings. It is set for hearing before the Honorable Edward Davilla on October 8, 2015. The parties jointly believe that resolution of MetLife's motion should occur prior to the settlement conference to provide the greatest opportunity for success as the settlement conference. Until motion is heard, the parties will continue to have very differing views of the viability of the Complaint, which may inhibit productive settlement discussions. Of course, there is also a possibility that MetLife's motion will moot the need to hold the settlement conference if MetLife prevails.

MetLife had hoped to set the hearing on its motion prior to the August 7, 2015 settlement conference, however, Judge Davilla's clerk advised that the first available hearing date for the motion was October 8, 2015. Thus, the length of the current request for a continuance was necessitated by Judge Davilla's hearing schedule.

The parties checked with Judge Cousin's clerk, Lili Harrell, who confirmed that October 29, 2015 at 9:30 a.m. was an available time for the rescheduled conference.

DATED: July 22, 2015

NOLAND, HAMERLY, ETIENNE & HOSS

By: /s/ Michael Masuda
Michael Masuda
Attorneys for Plaintiff
CELIA STAUTY LUIS

36078426v1 0964194

DATED: July 22, 2015                         HINSHAW & CULBERTSON LLP

                                             By: /s/ James C. Castle
                                             Royal F. Oakes
                                             James C. Castle
                                             Attorneys for Defendant
                                             METROPOLITAN LIFE INSURANCE
                                             COMPANY dba METLIFE

## **ORDER**

Having reviewed the parties' stipulation and good cause appearing, the August 7, 2015 Settlement Conference is continued to October 29, 2015 at 9:30 a.m. Settlement Conference Statements due by October 22, 2015.

Dated:   July 23, 2015

                                             The Honorable Nathan Cousins
                                             United States Magistrate Judge

3

36078426v1 0964194