1  Royal F. Oakes (SBN 080480)
   roakes@mail.hinshawlaw.com
2  James C. Castle (SBN 235551)
   jcastle@mail.hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   633 West 5th Street, 47th Floor
4  Los Angeles, CA 90071-2043
   Telephone:  213-680-2800
5  Facsimile:   213-614-7399

6
7  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE
   COMPANY dba METLIFE
8

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | CELIA STAUTY LUIS, | Case No. 5:14-cv-04436-EJD |
|---|---|
13 | Plaintiff, | **STIPULATION OF THE PARTIES TO CONTINUE THE OCTOBER 29, 2015 SETTLEMENT CONFERENCE**; ORDER |
14 | vs. | |
15 | METROPOLITAN LIFE INSURANCE COMPANY dba METLIFE; and DOES 1 to 50, inclusive, | Complaint Filed:   August 22, 2014 |
16 | | |
17 | Defendants. | |
18

19

20

21

22

23

24

25

26

27

28

1

1    Plaintiff Celia Stauty Luis ("Plaintiff") and Defendant Metropolitan Life
2  Insurance Company ("MetLife") hereby stipulate to continue the Settlement
3  Conference presently set before the United States Magistrate Judge Nathan Cousins
4  from October 29, 2015 to December 17, 2015.

5    Good cause exists for the continuance as MetLife has filed a Motion for
6  Judgment on the Pleadings.  It was set for hearing before the Honorable Edward
7  Davilla on October 8, 2015, however, the Court took it under submission and has
8  not as of yet ruled.  The parties jointly believe that resolution of MetLife's motion
9  should occur prior to the settlement conference to provide the greatest opportunity
10 for success as the settlement conference.  Until motion is ruled upon, the parties will
11 continue to have very differing views of the viability of the Complaint, which may
12 inhibit productive settlement discussions.  Of course, there is also a possibility that
13 MetLife's motion will moot the need to hold the settlement conference if MetLife
14 prevails.

15    The parties checked with Judge Cousin's clerk, Lili Harrell, who confirmed
16 that December 17, 2015 at 9:30 a.m. was an available time for the rescheduled
17 conference.

18
19 DATED:  October 20, 2015              NOLAND, HAMERLY, ETIENNE &
                                         HOSS

20
21                                  By: /s/ *Michael Masuda*
                                        Michael Masuda
22                                      Attorneys for Plaintiff
                                        CELIA STAUTY LUIS
23
24
25
26
27
28
                                    2
36030544v1 0963219
36078350v1 0963219

36103271v1 0964194

1    DATED:  October 20, 2015_____          HINSHAW & CULBERTSON LLP

2
                                            By: /s/ James C. Castle_____
3                                                Royal F. Oakes
                                                 James C. Castle
4                                                Attorneys for Defendant
                                                 METROPOLITAN LIFE INSURANCE
5                                                COMPANY dba METLIFE

6

7                              **[PROPOSED] ORDER**

8
          Having reviewed the parties' stipulation and good cause appearing, the
9
    October 29, 2015 Settlement Conference is continued to December 17 at 9:30 a.m.
10

11

12

13   Dated:    October 23, 2015_____          _____

14                                              The Honorable _____
                                                 United _____
15

16

17                                              GRANTED

18                                              Judge Nathanael M. Cousins

19

20

21

22

23

24

25

26

27

28
                                            3